| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Mihm, Michael M | 2. Court or Organization<br><br>Central District of Illinois | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>204 Federal Building<br>100 N.E. Monroe<br>Peoria, IL 61602 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Abraham Lincoln Inns of Court - Peoria |
| 2.   Board of Directors | Forest Park Foundation - Peoria |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE 2007 MAY -9 A 10: 04 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2005. (Cont. Part VIII) | $ 9,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Chemonics/USAID Contract | 6/26/06-7/09/06 - Kiev, Ukraine to meet with leaders of Ukrainian Judiciary |
| 2. | University of Minnesota Asian Studies | 7/26/06 - 7/28/06 - Minneapolis, Minnesota to lecture and interact with 20 Shanghai judges |
| 3. | Vera Institute of Justice | 8/14 - 8/23 - Beijing, China - Present paper, discussions at Judicial Reform Conf. of Chinese Judges, meet w/ leaders of Chinese Judiciary |
| 4. | Chemonics/USAID Contract | 11/25-12/04 - Moscow, Russia - Make presentation to Council of Judges of the Russian Federation and meet w/ leaders of Russian Judiciary |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 05/01/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Elite Annuity (see explanation Part VIII) | | | L | T | | | | | |
| 2. Laudus Rosenberg M/F | | | | | | | | | |
| 3. U.S. Real Estate M/F | | | | | | | | | |
| 4. EQ/Capital Guardian Inern M/F | | | | | | | | | |
| 5. EQ/Capital Guardian Research M/F | | | | | | | | | |
| 6. EQ/Marsico Focus M/F | | | | | | | | | |
| 7. EQ/Gamco Small Company Value M/F | | | | | | | | | |
| 8. EQ/Gamco Mergers and Acquisitions M/F | | | | | | | | | |
| 9. EQ/Lord Abbett MidCap M/F | | | | | | | | | |
| 10. EQ/Van Kampen Comstock M/F | | | | | | | | | |
| 11. Morgan Stanley for (sp) Nationwide Elite Venue IRA | A | Dividend | K | T | | | | | |
| 12. Morgan Stanley Active Asset Money Trust and Money Market | A | Interest | K | T | | | | | |
| 13. Janus Mercury M/F/ira | A | Dividend | J | T | Sell | 5/18 | J | | |
| 14. Southside Bank Savings | A | Interest | J | T | | | | | |
| 15. Southside Bank Savings (sp)(x) | A | Interest | J | T | | | | | |
| 16. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 17. U.S. Treasury I Bond (x) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Treasury I Bond (x) | A | Interest | J | T | | | | | |
| 19. U.S. Treasury I Bond (x) | A | Interest | J | T | | | | | |
| 20. Allianz CCM Mid CAPA | A | Dividend | J | T | Buy | 6/07 | J | | |
| 21. DWS Dreman High Return Eqa | A | Dividend | J | T | Buy | 6/07 | J | | |
| 22. Davis Real Estate A | A | Dividend | J | T | Buy | 6/07 | J | | |
| 23. Fidelity Adv Dvrsfd Int A | A | Dividend | J | T | Buy | 6/07 | J | | |
| 24. American GR FD of America F | A | Dividend | J | T | Buy | 6/07 | J | | |
| 25. Janus Mid Cap Value Inv | A | Dividend | J | T | Buy | 6/07 | J | | |
| 26. Oppennheimer Developing Mkt A | A | Dividend | J | T | Buy | 6/07 | J | | |
| 27. Pimco Total Return A | A | Dividend | J | T | Buy | 6/07 | J | | |
| 28. Phoenix Multi-Sector St. Bd A | A | Dividend | J | T | Buy | 6/07 | J | | |
| 29. RS Partners Fund A | A | Dividend | J | T | Buy | 6/07 | J | | |
| 30. T Rowe Price Eqi-Inc Adv | A | Dividend | J | T | Buy | 6/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continued explanation from Part III-A, line 1 - Courses taught January and August. Vacation time was used. $3,000 for January session, $6,000 for August session.

Part VII - line 1 - AXA Elite Annuity is invested in the 9 mutual funds listed on lines 2 - 10.

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████                    Date  May 2, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544